COMMONWEALTH of Pennsylvania,
Respondent

v.

Oscar ALVARADO, Petitioner

No. 432 EAL 2016

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

James REAVIS, Petitioner

No. 409 EAL 2016

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Synguila WILLIAMS, Petitioner

No. 448 EAL 2016

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.